**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| United States of America, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **LEAVE TO FILE DISMISSAL** |
| vs. | ) | |
| | ) | |
| Daniel Bata, | ) | |
| | ) | Case No. 4:13-mj-025 |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the Government's motion filed March 27, 2013 (Docket No. 15), the complaint filed in this case against the defendant, Daniel Bata, is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated this 29th day of March, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court